## No. 3945.

### HENRY  WHITAKER  VS.  JOSEPH  H.  WILSON.

A claim of equal partnership in a large dry goods business, based upon an alleged verbal agreement that the defendant was to furnish the capital and the plaintiff to manage it, when it appeared that the plaintiff was impecunious, irresponsible and a stranger to the defendant, who had ample means and a large business, is so improbable that where the proof is evenly balanced the claim will be rejected.

APPEAL from the Fourth District Court of New Orleans.   THEARD, J.

*Rice* for Plaintiff Appellant.   *Hornor & Benedict* for Defendant.

SPENCER, J., delivered the opinion affirming the judgment.

## No. 5367.

### SEMPER  RENO  ET  AL.  VS.  ALBERT  THOMAS.

Where a case has been fixed by the lower court for a given day, and notice thereof given to the opposite counsel, and this counsel appears on that day and objects to going into the trial on the ground that the case had not been called, posted, and fixed in accordance with a standing rule of the trial court—no rule appearing in the record of any kind — *held*, the presumption is that the judge complied with his rules, and the evidence justifying the judgment below, it will be affirmed.

APPEAL from the Fourth District Court of New Orleans.   LYNCH, J.

*V. J. Rozier* for Plaintiff.   *B. Egan* for Defendant Appellant.

DE BLANC, J., delivered the opinion affirming the judgment.